# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00490-ADA |
| | § | |
| ZTE CORPORATION, ZTE (USA), INC., ZTE (TX), INC. | § | |

## ORDER SETTING MOTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING** by Zoom on **Friday, July 16, 2021 at 11:00 AM**.

IT IS SO ORDERED this 15th day of July, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE