IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, *Plaintiff,* <br><br> v. <br><br> ZTE CORPORATION, *Defendant.* | § § § § § § § § § § § § § | CIVIL ACTION 6:20-cv-00487-ADA <br> CIVIL ACTION 6:20-cv-00488-ADA <br> CIVIL ACTION 6:20-cv-00489-ADA <br> CIVIL ACTION 6:20-cv-00490-ADA <br> CIVIL ACTION 6:20-cv-00491-ADA <br> CIVIL ACTION 6:20-cv-00492-ADA <br> CIVIL ACTION 6:20-cv-00493-ADA <br> CIVIL ACTION 6:20-cv-00494-ADA <br> CIVIL ACTION 6:20-cv-00495-ADA <br> CIVIL ACTION 6:20-cv-00496-ADA <br> CIVIL ACTION 6:20-cv-00497-ADA |

**ORDER ON EXTENSION OF DEADLINES**

The Court, having considered the Joint Motion Regarding Extension of Deadlines, hereby ORDERS that the motion is GRANTED.

The case deadlines will be modified as follows:

| Event | Original Deadline | Proposed Extension |
|---|---|---|
| Close of Fact Discovery. | December 17, 2021 | June 17, 2022 |
| Opening of Expert Reports. | December 31, 2021 | June 30, 2022 |
| Rebuttal Expert Reports. | January 21, 2022 | July 21, 2022 |
| Close of Expert Discovery. | February 11, 2022 | August 11, 2022 |
| Deadline for the second of two meet and confers to discuss narrowing the number of specific claims asserted and specific prior art references to be asserted to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | February 18, 2022 | August 18, 2022 |

| | | |
|---|---|---|
| Joint Report. | February 23, 2022 | August 25, 2022 |
| Dispositive motion deadline and *Daubert* motion deadline. | February 25, 2022 | August 25, 2022 |
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | March 11, 2022 | September 12, 2022 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | March 25, 2022 | September 26, 2022 |
| Serve objections to rebuttal disclosures and file motions *in limine*. | April 1, 2022 | October 3, 2022 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. | April 8, 2022 | October 10, 2022 |
| File Notice of Request for Daily Transcript or Real Time Reporting.  If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.  Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | April 15, 2022 | October 17, 2022 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motion *in limine*. | April 26, 2022 | October 26, 2022 |
| (Proposed) Final Pretrial Conference. | April 29, 2022 | November 7, 2022 |
| (Proposed) Jury Selection / Trial. | June 20, 2022 | November 28, 2022 |

SIGNED on the 13th day of January, 2022.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE