IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC. AND ZTE (TX), INC.,<br><br>*Defendants.* | § § § § § § § § § § § § § § | C.A. NO. 6:20-cv-00487-ADA<br>C.A. NO. 6:20-cv-00488-ADA<br>C.A. NO. 6:20-cv-00489-ADA<br>C.A. NO. 6:20-cv-00490-ADA<br>C.A. NO. 6:20-cv-00491-ADA<br>C.A. NO. 6:20-cv-00492-ADA<br>C.A. NO. 6:20-cv-00493-ADA<br>C.A. NO. 6:20-cv-00494-ADA<br>C.A. NO. 6:20-cv-00495-ADA<br>C.A. NO. 6:20-cv-00496-ADA<br>C.A. NO. 6:20-cv-00497-ADA |

## [PROPOSED] DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS UNTIL RESOLUTION OF FEDERAL CIRCUIT RULING ON VENUE

Came on for consideration Defendant's Motion to Stay All Proceedings Until Resolution of the Federal Circuit Ruling on Venue. The Court having considered the Motion, the authorities cited therein, and any response thereto, finds that the Motion should be GRANTED.

It is therefore ORDERED that all case activity is stayed until a decision in *In re ZTE Corporation*, No. 122-2022, (Fed. Cir. Jan. 20, 2022) ("*In re ZTE*").

IT IS SO ORDERED.

SIGNED AND ENTERED this _____ day of _____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

1