**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,** | **Civil Action No. 6:20-cv-00487-ADA** |
| | **Civil Action No. 6:20-cv-00488-ADA** |
| *Plaintiff,* | **Civil Action No. 6:20-cv-00489-ADA** |
| | **Civil Action No. 6:20-cv-00490-ADA** |
| **v.** | **Civil Action No. 6:20-cv-00491-ADA** |
| | **Civil Action No. 6:20-cv-00492-ADA** |
| **ZTE CORPORATION,** | **Civil Action No. 6:20-cv-00493-ADA** |
| | **Civil Action No. 6:20-cv-00494-ADA** |
| *Defendant.* | **Civil Action No. 6:20-cv-00495-ADA** |
| | **Civil Action No. 6:20-cv-00496-ADA** |
| | **Civil Action No. 6:20-cv-00497-ADA** |

## <u>ORDER REGARDING DISCOVERY DISPUTES</u>

This Court, having considered disputes raised by Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant ZTE Corporation during the March 3, 2022, Discovery Hearing, hereby ORDERS the following:

1.      Defendant's request for a Court Order filed on the docket memorializing the December 6, 2021, email Court Order compelling Plaintiff's production of documents (1) responsive to ZTE's 70 Requests for Production, and (2) from sister WDTX cases is DENIED. The Court, having further reconsidered its December 6th email Order regarding the above, and it is now DENIED, including Defendant's request for the following categories of documents:

- Plaintiff's corporate structure;
- Plaintiff's financials;
- Patent valuations;
- Merits of the case, including proof of reduction to practice and infringement;
- Non-privileged expert communications;
- Related discovery requests, including discovery objected to based on a sealed ruling; and
- Communications from related matters.

2.      The parties are ORDERED to meet and confer regarding the scope of Defendant's 30(b)(6) topics to Plaintiff and date(s) for 30(b)(6) depositions.

3.      Plaintiff is ORDERED to tender Mr. Etchegoyen for a 30(b)(1) deposition within the next 45 days.

4.      By June 1, 2022, Plaintiff is ORDERED to narrow the number of asserted claims to 10 per asserted patent (*e.g.*, 110 asserted claims across 11 asserted patents) and Defendant is ORDERED to narrow the number of asserted prior art references to 10 per asserted patent (*e.g.*, 110 prior art references across 11 asserted patents).

5.      Plaintiff's request that Defendant be compelled to make source code available for inspection immediately is GRANTED.  Defendant is ORDERED to grant Plaintiff access to review its source code immediately.

Signed this 11th day of March, 2022.

_____
HON. ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE