IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>   *Plaintiff,*<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC. AND ZTE (TX), INC.,<br><br>   *Defendant.* | § Civil Action No. 6:20-cv-00487-ADA<br>§ Civil Action No. 6:20-cv-00488-ADA<br>§ Civil Action No. 6:20-cv-00489-ADA<br>§ Civil Action No. 6:20-cv-00490-ADA<br>§ Civil Action No. 6:20-cv-00491-ADA<br>§ Civil Action No. 6:20-cv-00492-ADA<br>§ Civil Action No. 6:20-cv-00493-ADA<br>§ Civil Action No. 6:20-cv-00494-ADA<br>§ Civil Action No. 6:20-cv-00495-ADA<br>§ Civil Action No. 6:20-cv-00496-ADA<br>§ Civil Action No. 6:20-cv-00497-ADA<br>§ |

**ORDER**

The Court, having considered Plaintiff WSOU Investment, LLC d/b/a Brazos Licensing and Development's Unopposed Motion for Withdrawal of Attorney Jayita Guhaniyogi as counsel of record for Plaintiff (the "Motion"),

IT IS HEREBY ORDERED this _____ day of _____, 2022, that the Motion is **GRANTED**.

 

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE