# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ZTE CORPORATION,**<br><br>*Defendant.* | Civil Action No. 6:20-cv-00487-ADA-DTG<br>Civil Action No. 6:20-cv-00488-ADA-DTG<br>Civil Action No. 6:20-cv-00489-ADA-DTG<br>Civil Action No. 6:20-cv-00490-ADA-DTG<br>Civil Action No. 6:20-cv-00491-ADA-DTG<br>Civil Action No. 6:20-cv-00492-ADA-DTG<br>Civil Action No. 6:20-cv-00493-ADA-DTG<br>Civil Action No. 6:20-cv-00494-ADA-DTG<br>Civil Action No. 6:20-cv-00495-ADA-DTG<br>Civil Action No. 6:20-cv-00496-ADA-DTG<br>Civil Action No. 6:20-cv-00497-ADA-DTG |

## ORDER REGARDING DISCOVERY DISPUTES

This Court, having considered disputes raised by Defendant ZTE Corporation ("Defendant") and Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") during the June 21, 2022, Discovery Hearing, hereby ORDERS the following:

1. Defendant's request to compel Plaintiff to tender its 30(b)(6) witnesses is DENIED AS MOOT.

2. The current July 1, 2022 deadline for the close of fact discovery is extended to August 1, 2022. The parties will further meet-and-confer regarding respective extensions to the subsequent deadlines for the docket schedule for the Court's consideration.

3. Defendant's request to compel Plaintiff's production of documents (1) responsive to Defendant's initial 70 Requests for Production and (2) from sister WDTX cases is again DENIED; although the Court previously GRANTED Defendant's request to compel by email

order, the Court subsequently reconsidered and DENIED Defendant's request to compel. (Case No. 6:20-cv-00487-ADA, Dkt. 185).

4. Defendant's request to compel Plaintiff's production of unredacted versions of the sealed filings and respective attachments, declarations, exhibits, and affidavits thereto (including Dkts. 135, 155, and 167) in *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Microsoft Corporation*, Case No. 6:20-cv-00454-ADA (W.D. Tex.), is DENIED.

5. Defendant's request to compel Plaintiff's production of unredacted versions of the sealed filings and respective attachments, declarations, exhibits, and affidavits thereto (including Dkts. 53, 61, 67, 71, and 75) in *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Hewlett Packard Enterprise Company*, Case No. 6:20-cv-00730-ADA (W.D. Tex.), is DENIED.

6. Defendant's request to compel Plaintiff's production of security and loan agreements with BP Funding Trust and OT Terrier Holdings is DENIED.

7. Plaintiff's request for costs and fees is DENIED WITHOUT PREJUDICE. The Court is reluctant to award costs and fees at this time, but will consider them in the future should either party re-raise previously adjudicated disputes.

Signed this 29th day of June, 2022.

                                                     DEREK GILLILAND  
                                                    UNITED STATES MAGISTRATE JUDGE