**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, <br><br> *Plaintiff,* <br><br> **v.** <br><br> ZTE CORPORATION, <br><br> *Defendant.* | Civil Action No. 6:20-cv-00487-ADA <br> Civil Action No. 6:20-cv-00488-ADA <br> Civil Action No. 6:20-cv-00489-ADA <br> Civil Action No. 6:20-cv-00490-ADA <br> Civil Action No. 6:20-cv-00491-ADA <br> Civil Action No. 6:20-cv-00493-ADA <br> Civil Action No. 6:20-cv-00494-ADA <br> Civil Action No. 6:20-cv-00495-ADA <br> Civil Action No. 6:20-cv-00496-ADA <br> Civil Action No. 6:20-cv-00497-ADA |

<u>**ORDER REGARDING OPPOSED REQUEST TO EXTEND DEADLINES**</u>

This Court, having considered disputes raised by Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") against and Defendant ZTE Corporation ("Defendant"), hereby ORDERS the following:

1.      Plaintiff's request for a one-week extension for the Opposition to Defendant's Motion to Strike Plaintiff's Final Infringement Contentions (EFC No. 268) ("Motion to Strike") is GRANTED.  The briefing schedule will be adjusted as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Brazos's Opposition to Motion to Strike | November 4, 2022 | November 11, 2022 |
| ZTE's Reply to Motion to Strike | November 11, 2022 | November 29, 2022 |

2.      Plaintiff's request for a one-week extension for the Reply in Support of Plaintiff's Motion for Leave to Amend its Final Infringement Contentions (EFC No. 264) ("Motion for Leave to Amend the FICs") is GRANTED.  The briefing schedule will be adjusted as follows:

| Item | Current Deadline | Amended Deadline |
|------|------------------|------------------|
| Brazos's Reply in Support of Plaintiff's Motion for Leave to Amend the FICs | November 3, 2022 | November 10, 2022 |

3.      The above briefing extensions do not change the date of any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Signed this 31st day of October, 2022

_____
DEREK GILLILAND
UNITED STATES MAGISTRATE JUDGE

2