**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | |
| **DEVELOPMENT,** | § | **Civil Action No. 6:20-cv-00487-ADA** |
| | § | **Civil Action No. 6:20-cv-00488-ADA** |
| *Plaintiff,* | § | **Civil Action No. 6:20-cv-00489-ADA** |
| | § | **Civil Action No. 6:20-cv-00490-ADA** |
| **v.** | § | **Civil Action No. 6:20-cv-00491-ADA** |
| | § | **Civil Action No. 6:20-cv-00496-ADA** |
| **ZTE CORPORATION,** | § | **Civil Action No. 6:20-cv-00497-ADA** |
| | § | |
| *Defendant.* | § | |
| | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR**
**WITHDRAWAL OF COUNSEL FROM CASE**

Plaintiff's Unopposed Motion to Withdraw Hershy Stern is GRANTED. The clerk is requested to remove such attorneys from all service lists including CM/ECF system.

Signed this 6th day of April, 2023.

_____
Honorable Derek T. Gilliland
United States Magistrate Judge